# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
### Wheeling

**KEITH TAYLOR,**

        Petitioner,

    v.                                                    **Civil Action No. 5:23-CV-316**
                                                         Judge Bailey

**WARDEN LOVETT,**

        Defendant.

## <u>ORDER ADOPTING REPORT AND RECOMMENDATION</u>

The above referenced case is before this Court upon the magistrate judge's recommendation that petitioner's petition [Doc. 1] be denied and dismissed with prejudice.

This Court is charged with conducting a *de novo* review of any portion of the magistrate judge's report to which a specific objection is registered, and may accept, reject, or modify, in whole or in part, the recommendations contained in that report.  28 U.S.C. § 636(b)(1).  However, absent prompt objection by a dissatisfied party, it appears that Congress did not intend for the district court to review the factual and legal conclusions of the magistrate judge.  ***Thomas v. Arn***, 474 U.S. 140 (1985).  Additionally, any party who fails to file timely, written objections to the magistrate judge's report pursuant to 28 U.S.C. § 636(b)(1) waives the right to raise those objections at the appellate court level.  ***United States v. Schronce***, 727 F.2d 91 (4th Cir. 1984), *cert. denied*, 467 U.S. 1208 (1984).  No objections have been filed to the magistrate judge's report and recommendation.

A *de novo* review of the record indicates that the magistrate judge's report accurately summarizes this case and the applicable law.   Accordingly, the magistrate judge's report and recommendation **[Doc. 11]** is **ADOPTED**, and petitioner's petition **[Doc. 1]** is **DENIED** and **DISMISSED WITH PREJUDICE**.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to any counsel of record and mail a copy to the *pro se* petitioner.

**DATED:** November 27, 2023.

**JOHN PRESTON BAILEY**
**UNITED STATES DISTRICT JUDGE**

2